JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SORIANO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. CAPITAL MANAGEMENT,<br>LLC d/b/a U.S.C. and DOES 1<br>through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO.: CV 11-09596-MWF<br><br>**JUDGMENT PURSUANT TO<br>ENTRY OF DEFAULT** |

　　　Defendant U.S. Capital Management LLC ("Defendant") having failed to answer or otherwise respond to the Complaint in this action and its default having been duly entered by the Clerk, NOW, upon the Motion of Laura Soriano ("Plaintiff") and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff shall have, and the Clerk is hereby ordered to enter, the following JUDGMENT against Defendant:

1. Judgment in favor of the Plaintiff in the sum of **$2,000.00**;
2. And for attorney's fees in the sum of **$400.00** (Local Rule 55-3); and
3. Post-judgment interest as permitted by statute.

Dated: May 21, 2013

MICHAEL W. FITZGERALD
United States District Judge